## Commonwealth *v.* Coleman, Appellant.

Submitted December 30, 1975. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Collins, Appellant.

Submitted September 8, 1975. *Douglas Riblet* and *John W. Packel*, Assistant Defenders, and *Benjamin Lerner*, Defender, for appellants; *Francis C. Barbieri, Jr.*, *Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.